**[61ord06]** [Order of Retention of DIP]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
DIVISION

In re:                                                                                  Case No. 6:14−bk−12240−KSJ
                                                                                        Chapter 11

17 West Pine Street, LLC
220 N. Orange Blossom Trail
Orlando, FL 32805

_____Debtor(s)_____/

ORDER OF RETENTION OF DEBTOR−IN−POSSESSION

It is hereby ORDERED that the above named debtor shall continue in possession of this estate as debtor−in−possession under the applicable provisions of Chapter 11 of the Bankruptcy Code, no trustee having been appointed or qualified.

DONE AND ORDERED on November 5, 2014 .

_____

Karen S. Jennemann
Chief United States Bankruptcy Judge